1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, a corporation, | CASE NO.: 2:15-CV-00080-JAM-CKD |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT-IN-INTERPLEADER PATTY WARD ONLY** |
| CARLINE TRAMMELL, an individual; PATTY WARD, an individual; LISA M. LEONE, an individual; KELLY LYNNE WOLTMAN, an individual; and DOES 1 through 10, inclusive, | [FED. R. CIV. P. 41(A)(1)(A)(I)] |
| Defendants. | [Stipulation filed concurrently] |

HINSHAW & CULBERTSON
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

36045521v1 0966222

1  Pursuant to the notice filed by plaintiff-in-interpleader Lincoln Benefit Life
2  Company in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the
3  entire action is hereby dismissed as to defendant-in-interpleader Patty Ward only,
4  without prejudice.

6  IT IS SO ORDERED.

8  Dated: 5/6/2015                             /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
9                                              United States District Court Judge

HINSHAW & CULBERTSON
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

36045521v1 0966222