**FILED**

AUG 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLINE TRAMMELL, an individual; PATTY WARD, an individual; LISA M. LEONE, an individual; KELLY LYNNE WOLTMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-00080-JAM-CKD<br><br>**ORDER RE:**<br><br>1. **DISCHARGE OF LINCOLN BENEFIT LIFE COMPANY;**<br>2. **DISTRIBUTION OF INTERPLEADER PROCEEDS;**<br>3. **PERMANENT INJUNCTION; AND**<br>4. **DISMISSAL OF ACTION WITH PREJUDICE.**<br><br>[Stipulation filed concurrently] |

HINSHAW & CULBERTSON
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

36050616v1 0966222

Pursuant to the stipulation of the parties [Dkt. No. 19], the Court hereby ORDERS as follows:

    1. Plaintiff-in-Interpleader Lincoln Benefit Life Company ("LBL") and its agents are discharged from any and all liability with respect to the subject LBL term life insurance policy, number 0100767773;

    2. LBL is awarded $7,500 in reasonable attorneys' fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Lincoln Benefit Life Company" from the proceeds deposited in Court, to be mailed to LBL's counsel of record;

    3. The Clerk of the United States District Court shall issue a check in the amount of $51,309.21, plus 55% of the interest accrued since the deposit of the stake in this Court, to "Carline Trammell and Kelly Lynne Woltmon" from the proceeds deposited in Court, to be mailed to Kelly Lynne Woltmon, 1 Nevada Avenue, Woodland, CA 95695;

    4. The Clerk of the United States District Court shall issue a check in the amount of $41,980.27, plus 45% of the interest accrued since the deposit of the stake in this Court, to "Lisa M. Leone" from the proceeds deposited in Court, to be mailed to Ms. Leone's counsel of record;

    5. Defendants-in-Interpleader Carline Trammell, Lisa M. Leone, and Kelly Lynne Woltmon, and each of them, and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting any suit at law or equity, or any action of any kind whatsoever, against LBL or LBL's agents in any way related to LBL term life insurance policy number 0100767773; and

///
///
///
///
///

HINSHAW & CULBERTSON
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

36050616v1 0966222

6. This entire action is hereby dismissed with prejudice, with each party bearing its or her own attorneys' fees and costs, except as expressly provided herein above, and waiving all rights of appeal.

IT IS SO ORDERED.

Dated: August 10, 2015

HON. JOHN A. MENDEZ
United States District Court Judge